**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-6203**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARON GRIFFIN,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CR-97-943)

―――――――――

Submitted:  April 24, 2003                Decided:  May 2, 2003

―――――――――

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Laron Griffin, Appellant Pro Se.  Miller Williams Shealy, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Laron Griffin appeals from the district court's order denying his motion for reconsideration of the district court's denial of his motion for reduction of sentence based on his acceptance of responsibility. The district court lacked authority to reduce Griffin's sentence on this basis. See 18 U.S.C. § 3582(c) (2000); Fed. R. Crim. P. 35. Accordingly, we affirm the district court's order denying Griffin's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2